# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1410

_____

Eddie C. Risdal,                    *

                                   *

              Appellant,      *

                                     *    Appeal from the United States

     v.                                 *    District Court for the

                                     *    Southern District of Iowa.

Terry Mapes, Warden; Paul Fitzgerald,    *

Story County Sheriff,             *          [UNPUBLISHED]

                                     *

             Appellees.       *

_____

Submitted: December 29, 2006
Filed: January 10, 2007

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Eddie Risdal appeals the judgment of the district court[1] dismissing his 42 U.S.C. § 1983 complaint prior to service. Following careful review of the record and Risdal's arguments on appeal, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.